UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN POLLACK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAVENDISH FARMS LTD.; CAVENDISH FARMS, INC.; J.R. SIMPLOT COMPANY; LAMB WESTON HOLDINGS, INC.; LAMB WESTON, INC.; LAMB WESTON BSW, LLC; LAMB WESTON SALES, INC.; MCCAIN FOODS LTD; and MCCAIN FOODS USA, INC.<br><br>Defendants. | Case No. 1:24-cv-11864 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH EACH PARTY TO BEAR ITS OWN COSTS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karen Pollack, on behalf of herself and others similarly situated, hereby dismisses her claims for relief against Defendants Cavendish Farms LTD, Cavendish Farms, Inc., J.R. Simplot Company, Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston Sales, Inc., McCain Foods LTD, and McCain Foods USA without prejudice. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an Answer or a Motion for Summary Judgment. The Parties are to bear their own costs.

DATED: December 13, 2024

/s/ Kimberly A. Justice
Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (484) 243-6335
kjustice@fklmlaw.com

Douglas A. Millen
Matthew W. Ruan

Robert J. Wozniak
**FREED KANNER LONDON**
**& MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
dmillen@fklmlaw.com
mruan@fklmlaw.com
rwozniak@fklmlaw.com

Daniel L. Warshaw
Bobby Pouya (*Pro Hac Vice* forthcoming)
Matthew A. Pearson (*Pro Hac Vice* forthcoming)
Eric J. Mont (*Pro Hac Vice* forthcoming)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
T: (818) 788-8300
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mapearson@pwfirm.com
emont@pwfirm.com

Brian S. Pafundi (*Pro Hac Vice* forthcoming)
**PEARSON WARSHAW, LLP**
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
T: (612) 389-0600
bpafundi@pwfirm.com

Todd M. Schneider (*Pro Hac Vice* forthcoming)
Matthew S. Weiler (*Pro Hac Vice* forthcoming)
Raymond Levine (*Pro Hac Vice* forthcoming)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
T: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
RLevine@schneiderwallace.com

*Attorneys for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Notice of Voluntary Dismissal with the Court on December 13, 2024 causing all counsel of record to be served via the Court's CM/ECF filing system.

/s/*Kimberly A. Justice*
Kimberly A. Justice